OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P. O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 06. 2015

7/29/2015
**WILLIAMS, ALEXANDER AKA ADAMS, GLENN**     **Tr. Ct. No. W13-63238-W (A)**
**WR-83,423-01**

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

*Discharged*

ALEXANDER WILLIAMS
# 1979787

UTF

RTS

EBN3B 75418